Commonwealth *v.* Stander, Appellant.

Argued November 13, 1973. *Stanton D. Levenson,* with him *Watzman, Levenson and Snyder,* for appellant; *J. Kent Culley,* Assistant District Attorney,

with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Conviction affirmed and record remanded for resentence under The Controlled Substance, Drug, Device and Cosmetic Act of 1972, 35 P.S. §§780-101. See *Commonwealth v. Simpson,* 222 Pa. Superior Ct. 296, 294, A. 2d 805 (1972).

SPAULDING, J., absent.